### 16944.　SMITH *v.* THE STATE.

BLOODWORTH, J. 1. "In the absence of a written request, the court did
not err in failing to charge on the weight to be given to evidence of
good character." *McLendon* v. *State,* 7 *Ga. App.* 687 (2) (67 S. E.
846); *Mills* v. *State,* 17 *Ga. App.* 116 (86 S. E. 280); *Ellison* v. *State,*
137 *Ga.* 193 (7) (73 S. E. 255).

2. The court charged the jury as follows: "Whether dependent upon direct
or circumstantial evidence, the true question in all criminal cases is not
whether it be possible that the conclusion at which the testimony points
was false, but whether the testimony is sufficient to satisfy the minds
and conscience of the jury beyond a reasonable doubt." Penal Code
(1910), § 1013. These instructions were not erroneous "in that the
court failed to charge the jury that the testimony should be sufficient
to satisfy the minds and conscience of a fair and impartial jury, and
that beyond a reasonable doubt," the judge having fully charged the
jury as to reasonable doubt.

3. When considered with the remainder of the charge, there is no error in
the excerpt in reference to reconciling the evidence.

4. There was sufficient evidence to authorize the verdict.

　　　*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JANUARY 12, 1926. REHEARING DENIED FEBRUARY 4, 1926.

Conviction of making liquor; from Wilkes superior court—
Judge Perryman. October 9, 1925.

*Hugh E. Combs,* for plaintiff in error.
*M. L. Felts, solicitor-general,* contra.